IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NEIL SMITH, et al., | § | |
| | § | |
| Plaintiffs, | § | Civil Action |
| | § | No. C-06-533 |
| v. | § | |
| | § | |
| SAMSON CONTOUR ENERGY, CO., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this day came on to be considered Plaintiffs Neil Smith and Ricardo Rocha's motion for leave of court to amend original petition to add parties (D.E. 13). Plaintiffs' motion seeks to add Unique Staff Leasing, Ltd., a Texas Limited Partnership, as a Defendant in this case. Based on Federal Rule of Civil Procedure 15(a), which states that "leave [to amend] shall be freely given when justice so requires", this Court hereby GRANTS Plaintiffs' motion to amend its original petition to add Unique Staff Leasing, Ltd. as a Defendant in the above-styled action.

SIGNED and ENTERED this 20th day of February, 2007.

_____
Janis Graham Jack
United States District Judge